8:01PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      *v.*                              Docket # 8:01CR97-1

    **Carrie Carter**

_____

    On October 17, 2001, Carrie Carter was sentenced to 60 months custody, to be followed by 4 years supervised release. The period of supervised release commenced June 10, 2005. Ms. Carter has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Carrie Carter be discharged from supervision.

                                                           Respectfully submitted,

                                                            Michael R. Norton  
                                                           Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

    Dated this ___21st___ day of ___October___, 2008.

                                                             The Honorable Joseph F. Bataillon  
                                                             Chief United States District Judge